# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00397-CR

**Aaron Lambert Sloan, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT
### NO. 2003-127, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Aaron Lambert Sloan, Jr., seeks to appeal from a judgment of conviction for failing to assist at an accident. The trial court has certified, and the record confirms, that Sloan waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003). The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Bob Pemberton, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed:   July 29, 2004

Do Not Publish